1  TERRY D. BULLER (SBN 70315)
   Professional Corporation
   The Camron - Stanford House
2  1418 Lakeside Drive
   Oakland, CA  94612
3  Telephone:  510/832-4295
   Facsimile:  510/832-4364
4
   Attorney for Plaintiff
5  Cecilia Sanchez

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
                                     Case No.: CV 13-03141 WHO
12  CECILIA SANCHEZ,
                                     **ORDER CONTINUING CASE**
13          Plaintiff,                **MANAGEMENT CONFERENCE**

14      vs.

15

16  CITY OF ALAMEDA, OFFICER ALAN

17  KYBOYAMA, ALAMEDA POLICE

18  DEPARTMENT, et al.,

19          Defendants.

20
        TO ALL PARTIES, IT IS HEREBY ORDERED:
21
        Based upon the Stipulation filed by the parties, the Case Management Conference
22
    currently scheduled for November 12, 2013 is hereby continued to December 10, 2013.
23

24      IT IS SO ORDERED.

25

26  DATED:  October 31, 2013          _____
                                      WILLIAM H. ORRICK
27                                    UNITED STATES DISTRICT JUDGE

28

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE - 1