TERRY D. BULLER (SBN 70315)
Professional Corporation
The Camron - Stanford House
1418 Lakeside Drive
Oakland, CA  94612
Telephone:  510/832-4295
Facsimile:  510/832-4364

Attorney for Plaintiff
Cecilia Sanchez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA SANCHEZ,<br><br>              Plaintiff,<br><br>      vs.<br><br><br>CITY OF ALAMEDA, OFFICER ALAN<br>KYBOYAMA, ALAMEDA POLICE<br>DEPARTMENT, et al.,<br><br>              Defendants. | Case No.: CV 13-03141 WHO<br><br>**ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

TO ALL PARTIES, IT IS HEREBY ORDERED:

Based upon the Stipulation filed by the parties, the Case Management Conference

currently scheduled for November 12, 2013 is hereby continued to December 10, 2013.

IT IS SO ORDERED.

DATED:  October 31, 2013

_____
WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING CASE
MANAGEMENT CONFERENCE - 1